| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 4/23/13 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 5:00 p.m |
| DOCKET NO. | CV-11-4876 | JUDGE: | ARR |

CASE NAME:    DelGrosso v. City of New York, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Evidentiary Hearing

APPEARANCES:    Plaintiff        Reza Rezvani
                Defendant    Sumit Sud, Philip Depaul

SCHEDULING AND RULINGS:

1.    Evidentiary hearing held; rulings reserved.